THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
Marva Cherry,       
Appellant,
 
 
 

v.

 
 
 
Williamsburg County School District, Self-Insured Employer,       
Respondent.
 
 
 

Appeal From Williamsburg County
John M. Milling, Circuit Court Judge

Unpublished Opinion No. 2003-UP-053
Submitted November 20, 2002  Filed 
 January 16, 2003

AFFIRMED

 
 
 
Marva J. Cherry, of Salters; for Appellant.
Kirsten Leslie Barr, of Mt. Pleasant; for Respondent.
 
 
 

PER CURIAM:  Marva Cherry appeals the award 
 of 10% permanent impairment to her low back, contending she should have been 
 awarded benefits for permanent total disability for neck and shoulder problems 
 related to the accident.  
We affirm pursuant to Rule 220(b)(2), 
 SCACR and the following authorities:  First Savings Bank v. McLean, 314 
 S.C. 361, 363, 444 S.E.2d 513, 514 (1994) (Appellant has abandoned his issues 
 where he fails to provide arguments or supporting authority for his assertion.  
 The party challenging the ruling below has the burden of showing error.); Fields 
 v. Melrose Ltd. Pship, 312 S.C. 102, 106 n.3, 439 S.E.2d 283, 285, n.3 
 (Ct. App. 1993) (An issue is deemed abandoned on appeal, and therefore, not 
 presented for review, if it is argued in a short, conclusory statement without 
 supporting authority.); Video Gaming Consultants, Inc. v. S.C. Dept of Revenue, 
 342 S.C. 34, 42 n.7, 535 S.E.2d 642, 646 n.7 (2000); Glasscock, Inc. v. U.S. 
 Fid. & Guar. Co., 348 S.C. 76, 81, 557 S.E.2d 689, 691 (Ct. App. 
 2001) (South Carolina law clearly states that short, conclusory statements 
 made without supporting authority are deemed abandoned on appeal and therefore 
 not presented for review.). [1] 
 AFFIRMED.
CONNOR, STILWELL, and HOWARD, JJ., concur.

 
 [1]           We decide this case without oral argument pursuant 
 to Rule 215, SCACR.